IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:18CR759 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| KHALIL EWAIS, | ) | NOTICE OF INTENT TO ACCESS |
| | ) | INFORMATION DERIVED FROM A |
| Defendant. | ) | COMPUTER SEARCH AND OBTAINED |
| | ) | IN RESPONSE TO A SUBPOENA |
| | ) | SERVED UPON THE CITY OF |
| | ) | CLEVELAND |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Payum Doroodian, Assistant United States Attorney, and hereby provides notice of its intent to access information stored on a City of Cleveland computer provided in response to a subpoena served upon the City of Cleveland.  Such information is not privileged and is relevant to Defendant Khalil Ewais's motion to appoint counsel, now pending before the Court.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By:   /s/ Payum Doroodian
    Assistant United States Attorney
    United States Court House
    801 W Superior Ave, Suite 400
    Cleveland, OH 44113
    (216) 622-3739
    (216) 522-2403 (facsimile)
    Payum.Doroodian@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Payum Doroodian
Payum Doroodian
Assistant U.S. Attorney