IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR759 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| KHALIL EWAIS, | ) | [PROPOSED] ORDER TO PARTIALLY |
| ABDELJAWAD EWAIS | ) | UNSEAL SEARCH WARRANTS, |
| | ) | APPLICATIONS AND AFFIDAVITS IN |
| | ) | SUPPORT |
| | ) | |

Upon motion of the United States of America, and for good cause shown, it is ORDERED that the Government may disclose copies of the search warrants and supporting affidavits, applications, and returns issued and executed in relation to this case (issued under Case Nos. 1:17MJ9176 and 1:17MJ9177), which are presently under seal, to each defense counsel of record, who are permitted to share these documents with their respective clients and other members of the Defense Team, and that the orders currently in place sealing such documents will otherwise remain intact.

    s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

3/25/2019
_____
DATE