IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18-CR-00759 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| KHALIL EWAIS, | ) | **DEFENDANT'S NOTICE OF** |
| | ) | **WITHDRAWAL OF SENTENCING** |
| Defendant. | ) | **MEMORANDUM** |
| | ) | |

Defendant Khalil Ewais, by and through undersigned counsel, hereby gives notice to this Honorable Court of the withdrawal of their *sealed* Sentencing Memorandum (Doc #: 55).

On October 18, 2019, the Defendant filed a Revised Sentencing Memorandum *under seal* (Doc #: 59) consistent with the discussions held with the Court during the October 16, 2019 in chambers Status Conference.  For the Court's convenience, the revisions were made to pages 14 and 15 only.  As a result, the Defendant withdraws his original Sentencing Memorandum.

Respectfully submitted,

/s/ *Paul M. Flannery*
Paul M. Flannery (OH: 0091480)

*Attorney for Defendant Khalil Ewais*

F<small>LANNERY</small> | G<small>EORGALIS</small>, LLC
1375 E. 9th St., 30th Floor
Cleveland, OH 44114
(216) 367-2094 (Paul)
paul@flannerygeorgalis.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Paul M. Flannery*
Paul M. Flannery

*Attorneys for Defendant Khalil Ewais*